UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILBERTO TORRES, | No. C 14-525 SI (pr) |
| Plaintiff, | **ORDER FOR AMENDED COMPLAINT** |
| v. | |
| M. E. SPEARMAN; et al., | |
| Defendants. | |

Plaintiff, an inmate at the Correctional Training Facility - Soledad, filed this civil rights action under 42 U.S.C. § 1983. Plaintiff filed a motion to amend his complaint before the court was able to review his original complaint. Upon due consideration, plaintiff's motion to amend his complaint is GRANTED. (Docket # 12.) Plaintiff must file his amended complaint no later than **August 1, 2014**. In light of the fact that plaintiff plans to amend his complaint, the court will not review the original complaint and instead will wait for the amended complaint to conduct the initial screening under 28 U.S.C. § 1915A.

Portions of plaintiff's original complaint were typed on a typewriter that has a ribbon that is either very worn or not adjusted properly, and the poor quality of the typed print has created a legibility problem at the courthouse.[1] Plaintiff needs to get a new typewriter ribbon, use a different typewriter, or handwrite the documents. In all of his future filings, plaintiff must be

---

[1] The court now keeps case files as electronic records rather than as paper files. When a *pro se* prisoner sends a paper document for filing, the paper document is electronically scanned at the courthouse and that scanned copy gets filed as part of the official court record. If the typewriting is light, the document cannot be scanned properly. Here, for example, plaintiff's name and address information on page 1, the statement of claim on page 3 and all of page 7 in the original complaint at Docket # 1 are unreadable on the electronic copy of that document. (Fortunately, the court noted the problem before the paper document was discarded so it was scanned again as Docket # 11.)

1 certain that the typed or written text is dark enough of be easily readable. If the document is not
2 easily readable, it likely will not scan properly. Pages 1, 3, and 7 of the original complaint
3 provide examples of text that is not dark enough to be scanned properly.

4     Plaintiff wrote the initials "NJV' and "SI" at the end of the case number for this action in
5 his most recent filing. The correct number for this action is "Case No. C 14-525 SI (pr)." All
6 of plaintiff's filings should have only that case number and those initials on it.

7     IT IS SO ORDERED.
8 Dated: July 1, 2014

                              _____
9                                 SUSAN ILLSTON
                              United States District Judge