UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILBERTO TORRES, | No. C 14-525 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| M. E. SPEARMAN; et al., | |
| Defendants. | |

Plaintiff has filed a request to voluntarily dismiss this action. Docket # 32. If defendants object to the requested dismissal, they must file and serve their opposition no later than **July 27, 2015**.

IT IS SO ORDERED.

Dated: July 20, 2015

_____
SUSAN ILLSTON
United States District Judge