UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILBERTO TORRES,<br><br>    Plaintiff,<br><br>  v.<br><br>M. E. SPEARMAN; et al.,<br><br>    Defendants.<br>_____/ | No. C 14-525 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a request to voluntarily dismiss this action. Docket # 32. Defendants were given an opportunity to, but did not, object to the request. *See* Docket # 33. Accordingly, this action is dismissed without prejudice. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 29, 2015

                                             _____
                                             SUSAN ILLSTON
                                          United States District Judge