UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILBERTO TORRES, | No. C 14-525 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M. E. SPEARMAN; et al., | |
| Defendants. | |

This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 29, 2015

_____
SUSAN ILLSTON
United States District Judge